# IN THE SUPREME COURT OF THE STATE OF NEVADA

STANLEY EARNEST RIMER,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 73187

**FILED**

AUG 1 0 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported decision denying a postconviction petition for writ of habeas corpus. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeal on May 30, 2017. To the extent that appellant appeals from the district court "order denying defendant's pro per objection to false return of the writ by the state judiciary Douglas Herndon, as to those findings of fact and conclusions of law intended to keep petitioner unlawfully restrained of his liberty in violation of NRS 34.500 1-9, and also 18 U.S.C. § 241 and § 242 part 1," no statute or court rule provides for an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where

17-26743

no statute or court rule provides for an appeal, no right to appeal exists). Accordingly, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.        _____, J.
Gibbons                                     Pickering

cc:    Hon. Douglas W. Herndon, District Judge
       Stanley Earnest Rimer
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk